# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks　　　　Date: December 16, 2011
Court Reporter: Janet Coppock　　　　　　　　Time: 31 minutes
Probation Officer: Patrick Lynch　　　　　　　Interpreter: n/a

---

**CASE NO.  11-CR-00206-PAB**

Parties　　　　　　　　　　　　　　　　Counsel

**UNITED STATES OF AMERICA,**　　　　John Canedy



Plaintiff,

vs.

**LEONEL GOMEZ-ROMERO,**　　　　　Edward Harris



Defendant.

---

### CONTINUED SENTENCING

---

**9:03 a.m.　　COURT IN SESSION**

APPEARANCES OF COUNSEL.　Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Mr. Canedy orally moves for a downward variance and argues in support.

**ORDERED:**   Government's Oral Motion for a Downward Variance is **GRANTED.**

Argument by Mr. Harris in support of the defendant's Motion to Impose Variant Sentence and comments addressing sentencing and in response to the Court' s questions.

Argument by Mr. Canedy and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Defendant's Motion to Impose Variant Sentence (Doc # 28), filed 11/16/11 is **DENIED.**

Defendant entered his plea on **July 21, 2011** to count **1 of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **37** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility within the state of Colorado that's appropriate for his security designation.**

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:34 a.m.**     **COURT IN RECESS**

**Total in court time:**          **31 minutes**

**Hearing concluded**